UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| ANDREA DUMITRU, | ) |
|  | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION
18 Cr. 243 (LAK)**

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case as additional counsel for the United States, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
   Southern District of New York


by:   ___/s_____
      Alison G. Moe
      Assistant United States Attorney
      (212) 637-2225

TO:    All counsel (Via ECF)