# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| United States<br>*Plaintiff*<br>v.<br>Andreea Dumitru<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 18-cr-243 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andreea Dumitru.

Date: 04/10/2018

/s/Justin Sher
*Attorney's signature*

Justin Sher
*Printed name and bar number*

Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
*Address*

jsher@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*