

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2018

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Andreea Dumitru*, **18 Cr. 243 (LAK)**

Dear Judge Kaplan:

    The Government has attached as Exhibit 1 a proposed protective order for this case. Counsel for the defendant has signed the proposed order and, for the reasons set forth in the proposed order, the Government respectfully requests that the Court enter the order to facilitate the production of discovery.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: _____
    Alison G. Moe
    Robert B. Sobelman
    Assistant United States Attorneys
    (212) 637-2225/2616

cc:   Justin Sher, Esq. (via ECF)
      Emma Spiro, Esq. (via ECF)