AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York  ▼

| | |
|---|---|
| United States ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cr-243 |
| Andreea Dumitru ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andreea Dumitru

Date:     04/30/2018

*Attorney's signature*

Emma Spiro
*Printed name and bar number*
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004

*Address*

espiro@shertremonte.com
*E-mail address*

(212) 202-2600
*Telephone number*

(212) 202-4156
*FAX number*