UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-CR 243 (LAK) |
| ) | |
| ANDREEA DUMITRU ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE OF COUNSEL

To:  The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as trial counsel for ANDREEA DUMITRU.

Date: August 15, 2018

_____
Jeffrey C. Hoffman – 1152190
WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, NY 10019
Email: jhoffman@windelsmarx.com
Tel: (212) 237-1018
Fax: (212) 262-1215