USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

UNITED STATES OF AMERICA,

-against-

18-cr-0243 (LAK)

ANDREEA DUMITRU,

Defendant.

------------------------------------------x

## ORDER ON GOVERNMENT'S MOTION *IN LIMINE*

LEWIS A. KAPLAN, *District Judge*.

The government's motion *in limine* [DI 42] is disposed of as follows:

1. The request to preclude expert testimony about common experiences of the Roma or Gypsy ethnic group is denied without prejudice to renewal at trial.

2. The request to preclude evidence that immigration officials deemed some of defendant's clients credible is granted, substantially for the reasons advanced by the government in its memorandum [DI 42, at 10-13].

3. The request to preclude evidence or argument concerning the defendant's family background, health condition, age, conditions of pretrial release, or certain other personal factors, as well as discussion of possible punishment, is granted to the extent that defendant shall not argue or adduce evidence relating to defendant's family background, possible punishment, age, or conditions of pretrial release. It is denied in all other respects without prejudice to renewal at trial.

4. The balance of the government's motion effectively was disposed of in the ruling on defendant's motion *in limine*.

SO ORDERED.

Dated: November 6, 2018

_____
Lewis A. Kaplan
United States District Judge