USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-

18-cr-0243 (LAK)

ANDREEA DUMITRU,

                         Defendant.
------------------------------------------------------------x

## ORDER ON DEFENDANT'S MOTION *IN LIMINE*

LEWIS A. KAPLAN, *District Judge.*

        Defendant's motion *in limine* [DI 39] is disposed of as follows:

        1.    The request to preclude evidence relating to defendant's agreement with her employees to evade payroll taxes is denied, substantially for the reasons stated in the government's memorandum in support of its motion *in limine* [DI 42, at 17-18], provided, however, that the Court rejects the government's "office culture" rationale and precludes it from making such an argument.

        2.    The request to exclude evidence that defendant authorized her employees to use her notary stamp is denied, substantially for the reasons stated in the government's memorandum [DI 43, at 1-2].

        3.    The request to exclude evidence of false asylum applications submitted prior to March 27, 2013 is denied, substantially for the reasons stated in the government's memorandum [DI 43, at 2-7].

        4.    The request to exclude evidence that asylum applicants committed crimes after filing for asylum is granted except that the government may elicit from cooperating witnesses evidence of their criminal histories, including any crimes committed after filing for asylum.

        With respect to paragraphs 1-3, the Court will give an appropriate limiting instruction on request.

        SO ORDERED.

Dated:    November 6, 2018

                                                                    Lewis A. Kaplan
                                                     United States District Judge