# EXHIBIT A

**Allegra Noonan**

| | |
|---|---|
| **From:** | Hoffman, Jeffrey C. <jhoffman@windelsmarx.com> |
| **Sent:** | Tuesday, November 20, 2018 9:45 PM |
| **To:** | Allegra Noonan |
| **Subject:** | Fwd: Andreea Dumitru |

Sent from my iPhone

Begin forwarded message:

> **From:** "Healy, John" <John.Healy@ag.ny.gov>
> **Date:** November 20, 2018 at 12:56:31 PM EST
> **To:** "Hoffman, Jeffrey C." <jhoffman@windelsmarx.com>
> **Cc:** "Clark, Benjamin" <Benjamin.Clark@ag.ny.gov>
> **Subject: RE: Andreea Dumitru**
>
> Jeff,
> I can confirm that we have Ms. Dumitru's passports in our custody. They were required to be turned over to our office as a term and condition of her bail release. They will not be returned to her unless and until the Court exonerates bail and orders her released from her bail conditions; typically not until the time of sentencing.
>
> John R. Healy
> Assistant Attorney General
> Criminal Enforcement & Financial Crimes Bureau
> New York State Office of the Attorney General
> The Capitol
> Albany, NY 12224
> (518) 776-2363
>
> **From:** Hoffman, Jeffrey C. <jhoffman@windelsmarx.com>
> **Sent:** Tuesday, November 20, 2018 12:46 PM
> **To:** Healy, John <John.Healy@ag.ny.gov>
> **Subject:** Andreea Dumitru
>
> John, Andrea was found guilty in Fed'l. Court yesterday and remanded to prison. Judge Kaplan had some concerns which he has asked us to address, including the verifying the location of her U.S. and Romanian passports. I would much appreciate your confirming that they are in your possession and that they are not subject to being returned to her. Thanks much

---

Jeffrey C. Hoffman
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street, New York, New York 10019
Direct Dial: 212.237.1018 | General Fax: 212.262.1215
jhoffman@windelsmarx.com | www.windelsmarx.com



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.

**IMPORTANT NOTICE:** This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

Jeffrey C. Hoffman
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street, New York, New York 10019
Direct Dial: 212.237.1018 | General Fax: 212.262.1215
jhoffman@windelsmarx.com | www.windelsmarx.com



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.