# SHER TREMONTE LLP

November 24, 2018

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Dumitru*
       (18 Cr. 243 (LAK))

Dear Judge Kaplan:

  We write on behalf of our client, Andreea Dumitru, to supplement the documentation in support of Ms. Dumitru's request that she be granted bail pending her sentencing, pursuant to Federal Rule of Criminal Procedure 46(b)(2) and 18 U.S.C. § 3143, and that her previous conditions of release be restored.

  In addition to the materials provided on November 20, 2018, Ms. Dumitru provides the following items as exhibits to this letter:

- Exhibit A: Bail bond paperwork regarding Ms. Dumitru's $400,000 bail in the New York state litigation
- Exhibit B: Affidavit of ▮▮▮▮ Dumitru
- Exhibit C: Affidavit of Sorin Ghisoiu
- Exhibit D: Affidavit of Cristian Gheorghias
- Exhibit E: Affidavit of Ruxandra Pavalascu
- Exhibit F: Affidavit of Cristina Minovici
- Exhibit G: Letter of Stefan Minovici
- Exhibit H: Letter of Valentin Pipa
- Exhibit I: Affidavit of Lavinia Acaru

            Respectfully submitted,

            /s/ Justin M. Sher

            Justin M. Sher

cc:  All counsel of record (by ECF)