# EXHIBIT B

AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

███DUMITRU being duly sworn, deposes and says the following:
My name is ███ Dumitru, I was born in New York, and I reside at: ███ 39th Ave. Sunnyside, NY 11104.

I am fifteen years old and in the tenth grade in high school. Andreea Dumitru is my mother. She raised me in New York while working and supporting me.
In the first grade I was having very tough time in school and due to this my mother started to work with me to help me get my grades up. Although she had started to work more, she still found time to care for me and spend time with me. I valued a lot the time that I spent with my mother even as a young child. From a very young age my mother taught me morals and life lessons. She always told me: there is always a lesson to be learned in any situation, always find the positives in any situation, and the most important lesson was that honesty is the best policy. The the reason why I believe that truthfulness is always the most important rule because the consequences for a lie are much greater than the consequences for honesty.
My mother has always supported me in whatever decision I have made, whatever career path I wanted to pursue. When I wanted to be a paleontologist, my mother bought me different books to study and even took me to countless museums to look at mummies. When I wanted to be an epidemiologist she referred me to countless documentaries and internet research to get me interested. Most recently, in the seventh grade, I wanted to be an actress. I promptly told my mother and she was quick to respond with "let's see if we can find you an acting teacher, you're auditioning for drama school". So, after a year and a half of my mother taking me to an acting lesson every Saturday, all day, and rehearsing my monologues with her at least once a day, I got into Talent Unlimited High School as a drama major. Even after I got in, every time I had to memorize lines for my drama class she would take time away from her work to help me memorize.
My mother has created a deep-rooted life here in America. I was born here, and my mother and I like to call this country our home. I have a strong desire to start a career here and my mother has a strong desire to support me. She has no intent in abandoning this life that she has worked too hard in creating for herself and our family.

_____███ Dumitru_____
███DUMITRU

Sworn to and subscribed
Before me on this ___ day
Of November 2018

_____
NOTARY PUBIC

