# EXHIBIT C

AFFIDAVIT

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

Sorin Ghisoiu being duly sworn, deposes and says the following:

My name is Sorin Ghisoiu, I am a naturalized U.S. citizen, and I reside at: ▇▇▇ 39ᵀᴴ Avenue #214, Sunnyside, NY 11104. My phone number is ▇▇▇▇▇2066.

I first arrived in this country 15 years ago as a graduate student, on a student visa, holding a full scholarship from an American university. In 2005 I graduated the program on top of my class, with an MBA degree in Finance. I'm also holding one of the most valuable international certifications in financial investments.

The job I was offered after graduation took me to many places around the country, but in 2013 I closed the circle and arrived back to New York, that place where my US professional career had started. Several months after my return I met Andreea, who was introduced to me by one of our common friends. It took us a few months to discover each other personalities and we realized little by little that we share the same core values and have a lot of other things in common. I was somehow surprised when she told me she was an attorney because she didn't seem the type. I would have rather portrayed her as a teacher, charity foundation worker, or someone with an art major because she's too kind, empathetic, religious.

Our relationship took off and we started to spend more and more time together. We've been together for almost 5 years now and I can state that we are both driven by ethics and principles coming from our rigorous background and education rather than an arbitrary sense of survivorship. That allows for mistakes but never for schemes, frauds, taken advantage of people or systems, or shortcuts as some are erroneously trying to depict Andreea as a person, recently. But I'm sure the truth will find a way and the justice will end up doing its job right.

One other thing that I'd like to point out here is that a person like Andreea will never have any intention of running away from responsibilities or leaving the country for the purpose of hiding or escaping. This is her home, she has built a family here and it's her intention to stay, no matter what.

_____
SORIN GHISOIU

State of New York
County of Queens.
Sworn to and subscribed
Before me on this 24 day
Of November 2018

_____
NOTARY PUBLIC

ZORAIDA FUENTES
Notary Public, State of New York
No. 01FU6171547
Qualified in Queens County
Commission Expires July 23, 2019

ZORAIMA FUENTES
Notary Public, State of New York
No. 01FU6171547
Qualified in Queens County
Commission Expires July 23, 20___