# EXHIBIT D

## AFFIDAVIT OF CRISTIAN GHEORGHIAS

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CRISTIAN GHEORGHIAS being duly sworn, deposes and says the following:

- My name is Cristian Gheorghias, my date of birth is 05/14//1957, and I reside at: ▇▇▇39th Ave, Apt 317, Sunnyside, New York, 11104 with my wife, Victoria Gheorghias, with whom I have been married since 1994

- My wife and I are a naturalized US citizens, and we came to the United States from Romania, in 1985.

- We came to the United States to escape communist Romania, looking for freedom and a better life.

- My wife and I have known Ms. Andreea Dumitru since 1998, when Ms. Dumitru just graduated Law School in our native country of Romania. At the time, Ms. Dumitru was a young woman, who was focused on building her career in the United States, and she was very hard working.

- I recall Ms. Dumitru was working various jobs and going to school at the same time. I always admired her focus and tenacity and I was proud that a member of our Romanian community was so hard working and determined to succeed in becoming an attorney.

- Later on, Ms. Dumtiru married and had her daughter, ▇▇▇ Dumitru, yet, Ms. Dumitru managed to joggle motherhood, work, school and having a family. I was even more in awe of Ms. Dumitru at that stage.

- My wife and I have become very close family friends with Ms. Dumitru and her husband, and we have witnessed first-hand how Ms. Dumtiru opened her translation office at first and then her law office.

- I have witnessed all the long hours she put into her business, as well as her dedication and hard work. I have witnessed Ms. Dumitru build her practice little by little and how at the same time she remained very connected to the Romanian community and offered her help on countless of occasions either with translations or with legal advice.

- In the beginning I have assisted Ms. Dumitru in her office with clients, until she managed to hire staff, and I recall that many times she helped the indigent for free, and people who had financial problem she charged a very small fee.

- Ms. Dumitru was determined to build her legal business, but she remained kind and compassionate toward the people in need; and most people Ms. Dumitru helped, who were in need were members of the Romanian community.

- Throughout the time Ms. Dumitru worked so hard and for long hours to build her business, she continued to be a hands on mother, who was very attentive, caring and nurturing to her daughter, ▮.

- My wife and I became Ms. Dumitru's biggest fans in the Romanian community, as we have witnessed how tenacious she was in joggling many jobs, school, building her business and being an amazing mother.

- Ms. Dumitru's most remarkable proof of her great parenting job is her daughter ▮, who is polite, conscientious, smart, compassionate, and kind. No one, but a good person and a good mother could have raised a daughter like ▮

- As family friends of Ms. Dumitru, my wife and I know her very well and we are familiar with her most intimate thoughts. As such, my wife and I know that Ms. Dumitru considers the United States her home, and Ms. Dumitru has no intention of leaving the United States and relocating anywhere else in the world, including Romania. Ms. Dumitru knows that this is the best country in the world and it is in the best interest of ▮ to live here and continue her education and life here.

- My wife and I are aware that Ms. Dumitru has been having legal problems, but we know her as a human being and know that she is capable of a lot of good, as such, were are steadfast in our determination to remain by her side and support her in any way we can.

_____
CRISTIAN GHEORGHIAS

Sworn to and subscribed
Before me on this 23 day
Of November 2018
Iskhakov Yuriy
NOTARY PUBIC

YURIY ISKHAKOV
Notary Public, State of New York
Registration #01IS6247285
Qualified in Queens County
Commission Expires Aug. 22, 2019