# EXHIBIT E

AFFIDAVIT OF RUXANDRA PAVALASCU

STATE OF NEW YORK    )
                     Queens ) ss.:
COUNTY OF NEW YORK )

RUXANDRA PAVALASCU being duly sworn, deposes and says the following:

1. My name is Ruxandra Pavalascu, I am a naturalized U.S. citizen, and I reside at: 125-10 Queens Blvd, Apt. ▌▌, Kew Gardens, NY 11415. My mobile telephone number is ▌▌-2717.

2. I initially came to the United States, to train as a hotel manager, as I was sponsored by Marriott International, after I received my Master's degree in Romania.

3. I met my husband in the United States, and in the summer of 2008, after we decided to get married, we sought the legal advice of Andreea Dumitru for a prenuptial contract.

4. As an emigrant, the first place to seek help or guidance is our church and the community newspaper. This is how my husband and I head so many wonderful reviews and stories about Ms. Dumitru. People were talking about a young, smart, and hardworking attorney who was helping everybody unconditionally. We meet old people at the church, who were helped in various matters by Ms. Dumitru. I was impressed by their stories how they found assistance from Ms. Dumitru although they had no money. In return for Ms. Dumitru's legal services, they just went to church and prayed for her and lit a candle for her family.

5. My husband and I became acquainted with Ms. Dumitru after having read an article she authored in a Romanian magazine – New York Magazine. This is how we got Ms. Dumitru's phone number and that changed out life.

6. From the first moment we met her in November 2008, as clients for our prenuptial contract, we were impressed with her knowledge, kindness and eagerness to help us. As a matter of fact we were so impressed with Ms. Dumitru that we soon became very good friends and in no time she became our Godmother.

7. In our culture, godparents have an important role in the lives of their godchildren and the godparents must serve as a role model for their godchildren, just like their parents.

8. In this case Ms. Dumitru served as a wonderful role model for my husband and I: she was always there for us when we needed her with advice or guidance, she was hardworking and

focused on building her business, working long hours, yet at the same time she was a perfect mother. Ms. Dumitru raised a wonderful daughter, ███ who is kind, compassionate, altruistic, generous, very wise, and carries herself with dignity.

9. As Ms. Dumitru's godchildren, we know her very well and we had many opportunities to talk to her about various aspects of life in general. As such, we know that Ms. Dumitru has no intention of leaving the United States or relocating anywhere in the world. Ms. Dumitru considers the United States her home, and the place where ███ needs to be to develop into a young adult.

10. My husband and I are aware that Ms. Dumitru has legal problems, and it is our turn to stand by her in her time of need, just like she stood by us when we needed her.

_____
RUXANDRA PAVALASCU

Sworn to and subscribed
Before me on this 23th day
Of November 2018

_____
NOTARY PUBIC

JENNIFER L YAM
Notary Public - State of New York
NO. 01YA6301524
Qualified in Queens County
My Commission Expires Apr 14, 2022