# EXHIBIT H

# PIPA HOLDINGS, LLC.

Valentin Pipa<br>President

November 20, 2018

Hon. Lewis A. Kaplan
United States District Court Judge
500 Pearl Street
New York, NY 10007

Dear Judge Kaplan,

My name is Valentin Pipa and I am a member New York metro area community. I own and manage several properties in the New York City as well as in New Jersey.

I have known Miss Andreea Dumitru since the year 2000. Although I have not had any business or commercial relationships with her, I have known Miss Dumitru to be a serious individual, a strong community leader, a devoted mother, a caring friend, and a valuable member to our community. I am shocked, astounded, and bewildered at learning that she has been convicted in this case you presided over. I express my profound regret and sorrow for her 16 year old daughter and her entire family.

Therefore, I am asking your honor and this court to consider her numerous good deeds and contribution towards society as well as her community and the fact that Miss Dumitru has never had a problem or issue in our diaspora that I am aware of in all the years I have known her. Miss Dumitru is not a flight risk. She has a 16 year old daughter that was born and raised here, her life, her world, is here in New York next to her daughter. I am asking your honor to please allow her the opportunity to put her home in order before her sentencing begins.

Respectfully yours,

Valentin Pipa

48 Iron Mountain Rd. Warwick, New York 10990 T. 845 986 5261