UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 2 0 2018

      -against-                                 S1 18-cr-243 (LAK)

ANDREEA DUMITRU,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## VERDICT FORM

### Count One: Asylum Fraud

Not Guilty               (Guilty)
_____

### Count Two: False Statements

Not Guilty               (Guilty)
_____

### Count Three: Aggravated Identity Theft

Not Guilty               (Guilty)
_____

Dated: _19 NOV_ , 2018

Juror No. 1  REDACTED    Juror No. 7  REDACTED

Juror No. 2  REDACTED    Juror No. 8  REDACTED

Juror No. 3  REDACTED    Juror No. 9  REDACTED

Juror No. 4  REDACTED    Juror No. 10  REDACTED

Juror No. 5  REDACTED    Juror No. 11  REDACTED

Juror No. 6  REDACTED    Juror No. 12  REDACTED