

**WINDELS MARX**  Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

Jeffrey C. Hoffman
212.237.1018
jhoffman@windelsmarx.com

156 West 56th Street  |  New York, NY 10019
T. 212.237.1000  |  F. 212.262.1215

April 23, 2019

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:  *United States v. Andreea Dumitru*, 18-cr-243 (LAK)

Dear Judge Kaplan:

    I am writing to respectfully request a one-week adjournment of Ms. Dumitru's sentencing date, currently scheduled for Wednesday, May 1, 2019, due to problems accessing Ms. Dumitru at the Metropolitan Correctional Center ("MCC").

    On April 10th, at our request, Your Honor issued an Order directing MCC personnel to permit Ms. Silvia Dutchevici, MS, LCSW, unaccompanied access to the MCC on April 19, 2019 and April 21, 2019, as a Mitigation Specialist. My associate contacted the MCC's Legal Department the following day to provide notice of the visiting dates and a copy of the Court's Order.

    On April 19th, my associate accompanied Ms. Dutchevici to the MCC, Ms. Dutchevici was cleared for admission, and they were permitted to see Ms. Dumitru. On Sunday, April 21st, Ms. Dutchevici returned to the MCC to complete her evaluation and was denied access, despite providing a copy of the Court's Order. The Legal Department recently informed us that Ms. Dutchevici was denied access because they had failed to issue a memo to the security officers regarding her clearance for admission. Ms. Dutchevici's next availability to see Ms. Dumitru is this forthcoming Saturday, April 27th. As a result of the delay, she is unable to complete a report in advance of Ms. Dumitru's current sentencing date.

{11693015:1}



**WINDELS MARX** | Windels Marx Lane & Mittendorf, LLP

Hon. Lewis A. Kaplan
United States District Judge
April 23, 2019
Page 2

      In light of the above, I respectfully request a one-week adjournment of the sentencing date in order to provide Ms. Dutchevici sufficient time to complete her evaluation of Ms. Dumitru. Out of an abundance of caution, I have enclosed another proposed Order directing the MCC to grant Ms. Dutchevici's admission on Saturday, April 27, 2019. I have communicated with AUSA Robert Sobelmen and he does not object to this adjournment.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      /s/ Jeffrey C. Hoffman
                                      Jeffrey C. Hoffman

{11693015:1}