UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ANDREEA DUMITRU,<br><br>                              Defendant. | 18-CR-243 (LAK) |

LEWIS A. KAPLAN, UNITED STATES DISTRICT JUDGE

    WHEREFORE, information has been presented to me that counsel for inmate ANDREEA DUMITRU, No. 85508-054, has engaged the services of SILVIA DUTCHEVICI, LCSW, MA, to evaluate MS. DUMITRU in connection with matters relevant to her sentencing; and

    The defendant's attorney represents that MS. DUTCHEVICI is appropriately qualified to perform the services for which she has been engaged; and

    MS. DUTCHEVICI requires admittance to the Metropolitan Correctional Center ("MCC") in New York, New York, as a Mitigation Specialist;

    IT IS HEREBY ORDERED THAT,

    Personnel of the MCC, Bureau of Prisons, 150 Park Row, New York, New York 10007, permit SILVIA DUTCHEVICI unaccompanied access to Ms. Dumitru as a Mitigation Specialist on April 27, 2019.

Date:  April __, 2019
New York, New York

SO ORDERED:

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE