

Windels
Marx
Lane &
Mittendorf, LLP

windelsmarx.com

Jeffrey C. Hoffman
212.237.1018
jhoffman@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

May 3, 2019

**VIA ECF**

Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Andreea Dumitru*, 18-cr-243 (LAK)

Dear Judge Kaplan:

    I am writing to respectfully request the Court's permission to file under seal a psychologist's report prepared in connection with Ms. Dumitru's sentencing, presently scheduled for Wednesday, May 8, 2019.

    In my letter of March 15th, I asked the Court to adjourn the sentencing date in order to investigate a matter that had arisen during our preparation and was relevant to Ms. Dumitru's sentencing. On April 19th and 27th, a clinical psychologist, Ms. Silvia Dutchevici, MS, LCSW, evaluated Ms. Dumitru at the Metropolitan Correctional Center in connection with that matter. On Thursday, Ms. Dutchevici provided me with a preliminary report that contains sensitive and highly personal information regarding Ms. Dumitru's family members, interpersonal relationships and mental health. The privacy concerns implicated by disclosure of this information outweigh the presumption in favor of public access to this report. *See U.S. v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995)("family affairs, illnesses, embarrassing conduct with no public ramifications…weigh more heavily against access than conduct affecting a substantial portion of the public").

    I anticipate receipt of Ms. Dutchevici's final report by the end of this forthcoming weekend. If, after reviewing the report, the Court does not believe that it should remain under seal in its entirety, I ask permission to submit proposed redactions for the Court's approval. I have communicated with AUSA Robert Sobelman and he does not object to this request.

{11696441:1}



WINDELS MARX | Windels Marx Lane & Mittendorf, LLP

Hon. Lewis A. Kaplan
United States District Judge
May 3, 2019
Page 2

Thank you for your consideration.

                                    Respectfully submitted,

                                    /s/Jeffrey C. Hoffman
                                    Jeffrey C. Hoffman

cc:    AUSA Robert B. Sobelman
        AUSA Alison G. Moe
        AUSA Nicholas Chiuchiolo

{11696441:1}