AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 18 CR. 243 (LAK) |
| Andreea Dumitru | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andreea Dumitru                                                                 .

Date:     05/07/2019

s/ Diane M. Fischer
*Attorney's signature*

Diane M. Fischer (DF0957)
*Printed name and bar number*

421 Degraw Street
Brooklyn, New York 11217
*Address*

diane@dianefischerlaw.com
*E-mail address*

(646) 872-3505
*Telephone number*

*FAX number*