UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

UNITED STATES OF AMERICA,

    -v-                                                   (S1)18 CR 243 (LAK)

ANDREEA DUMITRU,

                Defendant.
------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Having approved the defendant's financial affidavit on May 21, 2019, defendant Andreea Dumitru is hereby granted leave to proceed on appeal *in forma pauperis*.

       SO ORDERED.

Dated: June 11, 2019

                                                          Lewis A. Kaplan
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 12 2019